**Order entered September 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00201-CV

### RICHARD RALEY AND RALEY HOLDINGS, LLC, Appellants

### V.

### DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH & UHL, LLP, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00390-B**

## ORDER

Before the Court is court reporter Robin N. Washington's request for extension of time to file the record. We **GRANT** the request and **ORDER** the record be filed no later than September 20, 2019.

/s/  BILL WHITEHILL
    JUSTICE